

January 6, 2026

VIA ECF

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street New York, New York 10007

Re: *Sutton v. Lightning Shared Scooter Company, et al*. Case No. 1:25-cv-07797-LJL Request to
Seal Inadvertently Filed Confidential Information (ECF Rule 21.8)

Dear Judge Liman:

I represent Defendant Sean Michael Spicer in the above-referenced action. I write respectfully
pursuant to SDNY ECF Rule 21.8 to request that the Court permanently seal Docket Entry No.
33, Attachment 1 and grant leave to replace it with a redacted version.

Due to an inadvertent administrative error, the Declaration filed at Docket Entry 33, Attachment
1 contains Mr. Spicer and Ms. Arnold's personal, non-public email addresses and phone number.
This information is confidential and its public disclosure implicates privacy concerns.

In accordance with ECF Rule 21.8, my office has already contacted the ECF Help Desk to
request a temporary immediate seal of the document. We respectfully request that the Court:

1. Order that Docket Entry No. 33 Attachment 1 remain under seal; and
2. Grant Defendant leave to file a corrected, redacted, higher-resolution version of the
   document on the public docket, which redacts the personal email addresses and phone
   number in accordance with Federal Rule of Civil Procedure 5.2(a). (Attached below)

We apologize to the Court and to Plaintiff for this error and for any inconvenience caused.

Respectfully submitted,

/s/ Dusty D. Parson

Dusty D. Parson

VERSA LAW

*Counsel for Defendant Sean Michael Spicer*

Defendant Spicer's request to permanently seal Dkt. No.
33 Attachment 1 is GRANTED for the reasons stated in
the letter motion.  The Court also grants Spicer leave to
file the redacted version at Dkt. No. 35, Attachment 1.
Date: January 6, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

1050 CONNECTICUT AVE NW, SUITE 500 | WASHINGTON, D.C. 20036