**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MS. RENEA SUTTON, Individually,
c/o BLM Legal Defense & Education
Fund, Inc.
244 5th Avenue, Suite R237
New York, NY 10001

Plaintiff,

-against-

LIGHTNING SHARED SCOOTER
COMPANY, LLC
5239 CHOLLAS PARK WAY
SAN DIEGO, CA 92105

LIGHTNING SHARED SCOOTER
CO., LTD.
1091 18TH STREET
DENVER, CO 80202

SEAN MICHAEL SPICER
2308 Mt. Vernon Ave, Suite 415
Alexandria, VA 22301

STEPHON XAVIER MARBURY
5790 Fayetteville Road, #200
Durham, NC 27713

NICHOLAS AARON YOUNG
600 W. Bedford Euless Road, STE C
Hurst, TX 76053-3975

JOHN OR JANE DOE #1
subscriber assigned IP address
https://crowncox.com

JOHN OR JANE DOE #2
subscriber assigned IP address
https://crowncox.com

**PLAINTIFF RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

**CASE NUMBER: 25-cv-07797-LJL-RWL**

JOHN & JANE DOES #3 – #20,
FICTITIOUS BUSINESS ENTITIES
AND/OR PERSONS WHOSE TRUE
NAMES AND CAPACITIES ARE
PRESENTLY UNKNOWN TO
PLAINTIFF

Defendants.

**PLAINTIFF RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

Plaintiff, being self-represented, do hereby respond to the Court's ORDER TO SHOW CAUSE (docket item # 54), to wit:

1. As to defendants LLSC LLC, LSS C LTD, Marbury, Young and Jane & John Does#1-#20, plaintiff request that the Amended Complaint be dismissed without prejudice because plaintiff has made diligent efforts to locate, identify and serve all of these defendants, including asserting their real identities.
2. Furthermore, plaintiff continue to wait on results of investigations by the California Attorney General, Colorado Attorney General and the New York Attorney General into the business practices of defendants, and others, and possible fraudulent activity as complained by plaintiff in Amended Complaint.

Respectfully Submitted,

Renea Sutton

Ms. Renea Sutton, Plaintiff
Self-Represented
c/o BLM Legal Defense & Education Fund, Inc.
244 5th Avenue, Suite R237
New York, NY 10001
Phone: (917) 375-6084
Email: rsuttonnyc@yahoo.com