USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENEA SUTTON,

Plaintiff,

-v-

LIGHTNING SHARED SCOOTER COMPANY, LLC, et al.,

Defendants.

25-cv-7797 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff, who is self-represented, sued Defendants Lightning Shared Scooter Company, LLC ("LSSC LLC"), Lightning Shared Scooter CO., LTD. ("LSSC LTD"), John/Jane Does #1–20, Sean Michael Spicer ("Spicer"), Stephon Xavier Marbury ("Marbury"), and Nicholas Aaron Young ("Young") for their alleged perpetuation of a fraudulent investment scheme. Dkt. No. 1. On October 2, 2026, the Court issued an order dismissing the amended complaint, Dkt. 5, against Spicer with prejudice and without leave to amend. Dkt. No. 54.

Plaintiff was also directed to show cause why the amended complaint should not be dismissed without prejudice as against LSSC LLC, LSSC LTD, Marbury, Young, and John/Jane Does #1–20. *Id.* On October 23, 2026, Plaintiff filed a response, requesting dismissal without prejudice as to all those defendants. Dkt. No. 55.

Accordingly, the amended complaint is dismissed against LSSC LLC, LSSC LTD, Marbury, Young, and John/Jane Does #1–20 without prejudice. The Clerk of Court is respectfully directed to enter final judgment dismissing the amended complaint as to Spicer with prejudice and as to LSSC LLC, LSSC LTD, Marbury, Young, and John/Jane Does #1–20

without prejudice. The Clerk is further directed to close the case.

SO ORDERED.

Dated: October 26, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge