**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

RENEA SUTTON,

Plaintiff,

-against-

LIGHTNING SHARED SCOOTER COMPANY, LLC, et al.,

Defendants.

----------------------------------------------------------------X

25 **CIVIL** 7797 (LJL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 26, 2026, the amended complaint is dismissed against LSSC LLC, LSSC LTD, Marbury, Young, and John/Jane Does #1–20 without prejudice. Accordingly, judgment is entered dismissing the amended complaint as to Spicer with prejudice and as to LSSC LLC, LSSC LTD, Marbury, Young, and John/Jane Does #1–20 and the case is closed.

**DATED:** New York, New York
October 28, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**