| Date | Hours | Description | Matter number | Matter description | Client | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|---|---|
| 10/10/2025 | 0.4 | Review docket for orders re alternative service options; research service rules for SDNY and Virginia; email findings of same to AC | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 80 | Maria Enriquez |
| 10/21/2025 | 0.1 | Review docket for orders re alternative service option or AOS on SS; obtain copy of Amended Complaint | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 20 | Maria Enriquez |
| 10/21/2025 | 0.5 | T/c w/ D. Parson re: complaint and related background materials; email w/ same re: same. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 375 | Alex Cannon |
| 10/22/2025 | 7 | Reviewing Complaint, researching local rules, potential cross-claims and MTD possibilities, and compiling an action plan. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 3850 | Dusty Parson |
| 10/23/2025 | 0.5 | Call with client and Alex to discuss complaint, potential cross-claims and MTD possibilities, and action plan. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 275 | Dusty Parson |
| 10/23/2025 | 0.6 | Review docket for contact information for Sutton; review requirements for Pro Hac Vice application | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 120 | Maria Enriquez |
| 10/23/2025 | 0.7 | Prepare for and conf. call w/ Dusty and Sean re: LSSC litigation. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 525 | Alex Cannon |
| 10/24/2025 | 2.5 | Researched local rules, Judge Liman's specific rules, and drafted initial motions for SDNY. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1375 | Dusty Parson |
| 10/27/2025 | 0.5 | Attention to D Parsons PHV application for SDNY | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 100 | Maria Enriquez |
| 11/3/2025 | 8 | Drafting Motion to Dismiss, Answer and Cross-claims | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 4400 | Dusty Parson |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/5/2025 | 8 | Drafting Motion to Dismiss, Answer and Cross-claims | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 4400 | Dusty Parson |
| 11/6/2025 | 1.5 | Review MTD and corr. w/ D. Parson re: same. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 1125 | Alex Cannon |
| 12/2/2025 | 1.5 | Drafting deadline letter to Court, communicating with Ms. Sutton on extensions and joint letter RE: Status Conference | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 825 | Dusty Parson |
| 12/4/2025 | 1 | Communicating with Ms. Sutton and drafting joint letter RE: Status Conference | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 550 | Dusty Parson |
| 12/11/2025 | 2.5 | Drafting Proposed Case Management Plan; Communicating update to client | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1375 | Dusty Parson |
| 12/12/2025 | 1 | Case Management Plan and Scheduling Order drafting | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 550 | Dusty Parson |
| 12/12/2025 | 2.9 | Review and file letter to court re pre-trial conference; serve same to Plaintiff | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 0 | 0 | Maria Enriquez |
| 12/17/2025 | 0.9 | Discussion with client regarding case management plan, discovery strategy, and schedule moving forward. Reaching out to Plaintiff regarding same. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 495 | Dusty Parson |
| 1/2/2026 | 1 | Reviewing Plaintiff's filings and possible options for Reply | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 550 | Dusty Parson |
| 1/5/2026 | 5.2 | Emailing with Plaintiff; discussing Reply to Opposition to Motion to Dismiss options with Alex and Sean; drafting Reply; compiling exhibits; filing Reply | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 2860 | Dusty Parson |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/5/2026 | 0.7 | Serve and file Reply Motion | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 140 | Maria Enriquez |
| 1/5/2026 | 3.5 | Research re: Anti-SLAPP and conflicts of law provisions, draft outline of reply and email same to D. Parson; review and revise Spicer declaration and reply brief and t/cs + emails w/ D. Parson and Maria re: same. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 2625 | Alex Cannon |
| 1/6/2026 | 1.5 | Reviewing Plaintiff's proposed case management plan and explaining why our proposed plan is better for everyone; redrafting plan to align with compromises on certain dates. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 825 | Dusty Parson |
| 1/6/2026 | 1.6 | Serve and file DP Letter to Court re letter motion to seal and related redactions; call clerk re same | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 320 | Maria Enriquez |
| 1/6/2026 | 0.8 | Emails w/ Maria and Dusty re: sealing matters and review redactions. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 600 | Alex Cannon |
| 1/7/2026 | 1.1 | Update draft Proposed Case Management Plan | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 220 | Maria Enriquez |
| 1/8/2026 | 0.5 | finalizing and filing case management plan | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 275 | Dusty Parson |
| 1/8/2026 | 0.7 | Serve and file Proposed Case Management Plan | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 140 | Maria Enriquez |
| 1/14/2026 | 0.25 | Pre-trial conference call prep with Client via call and email | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 137.5 | Dusty Parson |
| 1/15/2026 | 1 | Pre-trial conference call with Judge Liman; drafting and filing proposed order covering inadvertent disclosures and privilege logs | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 550 | Dusty Parson |
| 1/15/2026 | 0.5 | Serve and file Letter to Court re Proposed 502d Order | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 100 | Maria Enriquez |
| 1/15/2026 | 0.5 | Emails and t/c w/ D. Parson re: court call; discussion re: Cameo demand. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 375 | Alex Cannon |
| 1/16/2026 | 1.5 | Discussion with AC and follow-up email with client regarding possible avenues for getting Cameo to be engaged in covering costs and providing additional "talent service support" | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 825 | Dusty Parson |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/16/2026 | 0.8 | T/c w/ D. Parson re: Cameo; review and revise related corr. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 600 | Alex Cannon |
| 1/21/2026 | 1.2 | Drafting and discussing (via email) initial disclosures with client | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 660 | Dusty Parson |
| 1/21/2026 | 0.4 | Re-file Letter, Proposed Order, and AOS as per Court request | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 80 | Maria Enriquez |
| 1/23/2026 | 0.5 | Discussion with Cameo GC, Eric Fleisig-Greene, regarding initial disclosures and possible Cameo involvement in litigation | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 275 | Dusty Parson |
| 1/30/2026 | 0.5 | Review and Respond to Plaintiff's Initial Disclosures - Identifying incompleteness and failures to disclose. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 275 | Dusty Parson |
| 1/31/2026 | 1.2 | Update case file with finalized set of filed documents from Pacer | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 240 | Maria Enriquez |
| 2/4/2026 | 0.2 | Update Case Management Deadline calendar | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 40 | Maria Enriquez |
| 2/5/2026 | 1 | Drafting Second Request for complete initial disclosures from Plaintiff to establish continued failure to calculate damages accurately. Letter emailed and hard-copy mailed to Plaintiff. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 550 | Dusty Parson |
| 2/5/2026 | 0.9 | Review and update Parson letter to Sutton | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 180 | Maria Enriquez |
| 2/23/2026 | 2 | Finalizing First RFPS | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1100 | Dusty Parson |
| 2/25/2026 | 0.3 | Review RFPDs | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 60 | Maria Enriquez |
| 2/26/2026 | 0.75 | Finalizing First Interrogatories | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 412.5 | Dusty Parson |
| 4/7/2026 | 1.1 | Draft, serve, and file Notice of Address change | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 220 | Maria Enriquez |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/27/2026 | 2 | Drafting First Requests for Admission, following up on discovery matters | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1100 | Dusty Parson |
| 4/30/2026 | 0.7 | Review and serve First Requests for Admission | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 140 | Maria Enriquez |
| 5/5/2026 | 3 | Reviewing Document Production | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1650 | Dusty Parson |
| 5/6/2026 | 0.3 | Review discovery responses | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 60 | Maria Enriquez |
| 5/11/2026 | 1.3 | Review and summarize discovery responses from Sutton | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 260 | Maria Enriquez |
| 5/19/2026 | 0.6 | Review updated ECF Court filing for updates | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 120 | Maria Enriquez |
| 5/28/2026 | 1 | Drafted discovery deficiency letter | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 550 | Dusty Parson |
| 6/1/2026 | 0.6 | Review, finalize and serve Deficiency Letter | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 120 | Maria Enriquez |
| 6/8/2026 | 1.5 | Call with client on discovery; drafting second round RFAs | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 825 | Dusty Parson |
| 6/8/2026 | 1.3 | Prepare chart of crypto transactions based on Sutton production; review Case Management Plan for upcoming deadlines | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 260 | Maria Enriquez |
| 6/9/2026 | 2 | finalizing and filing Motion to Compel | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1100 | Dusty Parson |
| 6/9/2026 | 1.3 | Review, finalize, serve, and file Letter Motion to Compel | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 260 | Maria Enriquez |
| 6/11/2026 | 0.7 | Review Second set of RFPs | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 140 | Maria Enriquez |
| 6/11/2026 | 2.4 | Review RFAs and prepare detailed comments concerning definitions, scope and requested information; review comments for completeness and consistency and participate in RFA discussion. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 1800 | Alex Cannon |
| 6/12/2026 | 1.4 | Review draft Second set of RFAs; update DropBox link; email same to Sutton | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 280 | Maria Enriquez |
| 6/15/2026 | 2 | Drafting New RFAs; RFPs; strategizing how to bring BLM fully into matter for Attorney Fees. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1100 | Dusty Parson |
| 6/16/2026 | 1.1 | Review Second set of RFAs and RFPs, Subpoena to BLM, and Subpoena to Sutton | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 200 | 220 | Maria Enriquez |
| 6/16/2026 | 1.3 | Confer regarding RFA responses and analyze revisions and follow-up issues. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 975 | Alex Cannon |
| 6/22/2026 | 2.5 | finalizing New RFAs; RFPs; strategizing how to bring BLM fully into matter for Attorney Fees; drafting subpoena schedule A | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 550 | 1375 | Dusty Parson |
| 6/22/2026 | 1.2 | Participate in RFA call and address response, production and service issues. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 900 | Alex Cannon |
| 6/26/2026 | 1.5 | Confer regarding service and discovery matters; analyze required response and follow-up steps. | 00207-Spicer | Sutton v. LSSC, LLC Case # 25-cv-07797-LJL-RWL Defensive civil litigation SDNY | Sean Spicer | 750 | 1125 | Alex Cannon |
| | | | | | | | 50035 | |