**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MS. RENEA SUTTON, Plaintiff, | |
| -against- | **[PROPOSED ORDER]** |
| LIGHTNING SHARED SCOOTER COMPANY, LLC, LIGHTNIGHT SHARED SCOOTER CO., LTD., SEAN MICHAEL SPICER, STEPHON XAVIER MARBURY, NICHOLAS AARON YOUNG, JOHN OR JANE DOE #1, JOHN OR JANE DOE #2 JOHN OR JANE DOES #3-#20, | **CIVIL ACTION** |
| Defendants. | **CASE NUMBER: 25-cv-07797** |
| | **RELATED CASE NO. 1:26-cv-08902 (LJL)** |

**[PROPOSED] ORDER**

Upon consideration of Defendant Sean Michael Spicer's Motion for an Award of Attorney's Fees and Costs, the accompanying Memorandum of Law, the Declaration of Dusty D. Parson, Esq. and the exhibits annexed thereto, and the record herein, and for good cause shown, it is hereby:

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that Defendant Sean Michael Spicer is awarded his reasonable attorney's and paralegal's fees in the amount of $50,035.00 (excluding fees associated with related action) and costs in the amount of $200.00, for a total award of $50,235.00, against Plaintiff Renea Sutton; and it is further

ORDERED that the Clerk of Court is directed to enter judgment against Plaintiff Renea Sutton in the amount of $50,235.00.

SO ORDERED.

Dated:
New York, New York

________________________________

LEWIS J. LIMAN
United States District Judge